**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (SBN 175650)
ron@consumersadvocates.com
SKYE RESENDES (SBN 278511)
skye@consumersadvocates.com
ALEXIS WOOD (SBN 270200)
alexis@consumersadvocates.com
3636 4th Avenue, Suite 202
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION (SBN 75381)
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
doug@djcampion.com
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MOLNAR and WESLEY THORNTON, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation,<br><br>Defendant. | CASE NO. 3:13-cv-00131-JLS-WMC<br>CLASS ACTION<br>Filed: January 16, 2013<br><br>**NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED ACTION**<br><br>Hon. Janis L. Sammartino<br><br>Date: June 20, 2013<br>Time: 1:30 p.m.<br>Ctrm: 4a |

| | |
|---|---|
| ROSEMARY HOUSE, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation,<br><br>Defendant. | CASE NO. 3:13-cv-00-685-JLS-WMC<br>CLASS ACTION<br>Filed: March 21, 2013 |

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE** that on June 20, 2013 at 1:30 p.m. in Suite 3142, |
| 3 | Courtroom 4a before the Honorable Janis L. Sammartino, located at 221 West |
| 4 | Broadway, San Diego, CA 92101, or as soon thereafter as the matter may be heard, |
| 5 | Plaintiffs Jeffrey Molnar and Wesley Thornton, on behalf of themselves and the |
| 6 | proposed class will, and hereby do, respectfully move the Court for an Order |
| 7 | consolidating the matters styled *Molnar v. NCO Financial Systems, Inc.*, Case No. |
| 8 | 3:13-cv-00131-JLS-WMC and *House v. NCO Financial Systems, Inc.*, No. 3:13-cv- |
| 9 | 685-L-BLM (S.D. Cal.). |
| 10 | This motion is based on this Notice, the accompanying Memorandum of Points |
| 11 | and Authorities, the accompanying Declaration of Ronald A. Marron, Request for |
| 12 | Judicial Notice, and all other pleadings and papers on file in this action, and such oral |
| 13 | and documentary evidence and argument as may be presented at the time of hearing. |

By:  /s/ Ronald A. Marron
RONALD A. MARRON
**LAW OFFICES OF RONALD A. MARRON, APLC**
3636 4th Avenue, Suite 202
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorney for Plaintiffs and the Proposed Class*

1

*Molnar v. NCO Financial Systems, Inc.*, Case No. 3:13-cv-00131-JLS-WMC
NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED ACTION