**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
*skye@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
3636 4th Avenue, Suite 202
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION (SBN 75381)
409 Camino Del Rio South, Suite 303
San Diego, California 92108
*doug@djcampion.com*
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MOLNAR and WESLEY THORNTON, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation,<br><br>Defendant. | CASE NO. 3:13-cv-00131-JLS-WMC<br><u>CLASS ACTION</u><br><br>**CERTIFICATE OF SERVICE**<br><br>Hon. Janis L. Sammartino |

|   |   |
|---|---|
| ROSEMARY HOUSE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation,<br><br>Defendant. | CASE NO. 3:13-cv-00685-JLS-WMC<br><br><u>CLASS ACTION</u> |

I am employed in the County of San Diego, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 3636 Fourth Avenue, Suite 202, San Diego, CA 92103.  On June 11, 2013, I served the following document(s):

- **JOINT MOTION TO CONTINUE MOTION HEARING DATE ON PLAINTIFF'S MOTION TO CONSOLIDATE RELATED ACTION**

on the following interested party:

| | |
|---|---|
| Albert R. Limberg<br>*alimberg@sessions-law.biz*<br>SESSIONS FISHMAN NATHAN & ISRAEL LLP<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108<br>Telephone: (619) 758-1891<br>Facsimile: (619) 296-2013 | Counsel for Defendants |

this action by placing true copies as follows:

[X] **As Indicated on Service List, by Electronic Filing and Service Pursuant to General Order 550:** I caused the document(s) listed above via the Court's Electronic Filing System which constitutes service, pursuant to General Order 550 of the above-titled Court, upon the counsel on service list.

In addition, I served the following document(s) by e-mail on counsel for all interested parties in this action:

**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING DATE ON PLAINTIFFS' MOTION TO CONSOLIDATE RELATED ACTION**

1  [X]  I declare under penalty of perjury under the laws of the United States of America
2       that I am employed in the office of a member of the bar of this Court, at whose
3       direction the service was made, and that the foregoing is true and correct.
4  [ ]  I declare under penalty of perjury under the laws of the United States of America
5       that I am a member of the Bar of this Court and that the foregoing is true and
6       correct.

Executed on June 11, 2013, at San Diego, CA.

Lindsay Peshoff