1 | **LAW OFFICES OF RONALD A. MARRON, APLC**
2 | RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
3 | *skye@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
4 | *alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
5 | *kas@consumersadvocates.com*
651 Arroyo Drive
6 | San Diego, California 92103
Telephone: (619) 696-9006
7 | Facsimile: (619) 564-6665

8 | **LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION (SBN 75381)
9 | 409 Camino Del Rio South, Suite 303
San Diego, California 92108
10 | *doug@djcampion.com*
Telephone: (619) 299-2091
11 | Facsimile: (619) 858-0034

12 | ***Attorneys for Plaintiffs and the Proposed Class***

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY MOLNAR and WESLEY THORNTON, on behalf of themselves, all others similarly situated, and the general public, | CASE NO. 13-cv-00131-JLS-WMC <br><br> <u>CLASS ACTION</u> |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | Hon. Janis L. Sammartino |
| NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation, | |
| Defendant. | |

1       I am employed in the County of San Diego, State of California.  I am over the

2 age of eighteen years and not a party to the within action.  My business address is 651

3 Arroyo Drive, San Diego, California 92103.  On December 6, 2013, I served the

4 following document(s):

5    • **FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF PURSUANT TO THE TELEPHONE CONSUMER**

6      **PROTECTION ACT, 47 U.S.C. §§ 227 *et seq.***

7 on the following interested parties in this action:

| | |
|---|---|
| Albert R. Limberg<br>*alimberg@sessions-law.biz*<br><br>**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP**<br>1545 Hotel Circle South, Suite 150<br>San Diego, California 92108<br>Telephone: (619) 758-1891<br>Facsimile: (619) 296-2013 | Counsel for Defendant<br>**NCO FINANCIAL SYSTEMS, INC.** |
| JAMES K. SCHULTZ<br>*jschultz@sessions-law.biz*<br><br>**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC**<br>55 West Monroe Street, Suite 1120<br>Chicago, Illinois 60603<br>Telephone: (312) 578-0990 | Co-Counsel for Defendant<br>**NCO FINANCIAL SYSTEMS, INC.**<br>(*Pro Hac Vice*) |
| MICHAEL D. SLODOV<br>*mslodov@sessions-law.biz*<br><br>**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC**<br>15 East Summit Street<br>Chagrin Falls, Ohio 44022<br>Telephone: (440)318-1073 | Co-Counsel for Defendant<br>**NCO FINANCIAL SYSTEMS, INC.**<br>(*Pro Hac Vice*) |

| | |
|---|---|
| Douglas J. Campion<br>*doug@djcampion.com*<br><br>**LAW OFFICES OF DOUGLAS J. CAMPION, APC**<br>409 Camino Del Rio South, Suite 303<br>San Diego, California 92108<br>Telephone: (619) 299-2091<br>Facsimile: (619) 858-0034 | Co-Counsel for Plaintiffs<br>**JEFFREY MOLNAR;<br>WESLEY THORNTON**; and<br>**ROSEMARY HOUSE** |
| SEAN PATRICK REIS<br>*sreis@edelson.com*<br><br>**EDELSON McGUIRE, LLP**<br>30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, California 92688<br>Telephone: (949) 459-2124<br>Facsimile: (949) 459-2123 | Co-Counsel for Plaintiff<br>**ROSEMARY HOUSE** |
| JAY EDELSON<br>*jedelson@edelson.com*<br><br>CHRISTOPHER L. DORE<br>*cdore@edelson.com*<br><br>RAFEY S. BALABANIAN<br>*rbalabanian@edelson.com*<br><br>BENJAMIN H. RICHMAN<br>*brichman@edelson.com*<br><br>**EDELSON, LLC**<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Telephone: (312) 589-6370<br>Facsimile: (312) 589-6378 | Co-Counsel for Plaintiff<br>**ROSEMARY HOUSE**<br><br>(*Pro Hav Vice*) |

by placing true copies as follows:

[X]   **As Indicated on Service List, by Electronic Filing and Service Pursuant to General Order 550:** I caused the document(s) listed above via the Court's Electronic Filing System which constitutes service, pursuant to General Order 550 of the above-titled Court, upon the counsel on service list.

[ ]   **By E-service:** I served the above-entitled document(s) by e-mail as a .pdf attachment.

1  [ ]   **By Facsimile:**  I served said document(s) to be transmitted via facsimile.  The
2         telephone number of the sending facsimile machine was (619) 564-6665.  The
3         name(s) and facsimile machine telephone number(s) of the person(s) served are
4         set forth in the service list.  A transmission report was properly issued by the
5         sending facsimile machine, and the transmission was reported as complete and
6         without error.

7  [ ]   **By Mail:** I am "readily familiar" with the firm's practice of collection and
8         processing correspondence for mailing.  Under that practice it would be
9         deposited with the U.S. Postal Service on the same day with postage thereon
10        fully prepaid at San Diego, California in the ordinary course of business. I am
11        aware that on motion of the party served, service is presumed invalid if postage
12        cancellation date or postage meter date is more than one day after date of deposit
13        for mailing in affidavit.

14 [ ]   **By Personal Delivery:**  I caused such envelope to be delivered by hand to the
15        office of addressee.

16 [ ]   **By Overnight Delivery:**  I caused such envelope to be delivered by California
17        Overnight courier service and/or Federal Express for next business day delivery.
18

19 [X]   I declare under penalty of perjury under the laws of the United States of America
20        that I am employed in the office of a member of the bar of this Court, at whose
21        direction the service was made, and that the foregoing is true and correct.

22 [ ]   I declare under penalty of perjury under the laws of the United States of America
23        that I am a member of the Bar of this Court and that the foregoing is true and
24        correct.

25 Executed on December 6, 2013, at San Diego, California.

26
27
28                                NOEMI PEREZ LARA

                                            4

*Molnar v. NCO Financial Systems, Inc.* Case No. 13cv131
CERTIFICATE OF SERVICE