UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE WILLIAM McCURINE, JR. TO MAGISTRATE JUDGE BERNARD G. SKOMAL | ) ) **TRANSFER ORDER** ) ) ) ) ) |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable William McCurine, Jr. to the calendar of the Honorable Bernard G. Skomal for all further proceedings. All future conference or hearing dates set before Magistrate Judge McCurine, if any, are vacated and will be rescheduled before Magistrate Judge Skomal. Counsel will contact the Chambers of Judge Skomal to reschedule any conferences of hearings within five days of the entry of this Order. Any dates set before the District Judge remain unchanged.

| **Title** | **Case No.** |
|---|---|
| 7cv2385-JAH-WMC | Maxwell et al v. County of San Diego et al |
| 10cv1991-CAB-WMC | Imperial Capital Bancorp, Inc. v. Federal Deposit Insurance Corporation |
| 10cv2067-CAB-WMC | Imperial Capital Bancorp, Inc. v. Federal Deposit Insurance Corporation |
| 11cv2065-CAB-WMC | Federal Deposit Insurance Corporation v. Imperial Capital Bancorp, Inc. |
| 11cv2380-WMC | IBLC Abogados, S.C. v. Bracamonte et al |
| 12cv1311-H-WMC | Tesoro Refining and Marketing Company v. M. Brammer, Inc. et al |

| | | |
|---|---|---|
| 1 | 12cv1347-CAB-WMC | Federal Deposit Insurance Corporation vs. Imperial Capital Bancorp |
| 2 | 12cv376-BTM-WMC | Allen v. Similasan Corporation et al |
|   | 13cv1023-JM-WMC | Randazzo v. Conrad Credit Corporation et al |
| 3 | 13cv1025-WQH-WMC | Kozacki v. National Credit Adjusters, LLC |
|   | 13cv1297-H-WMC | J & J Productions, Inc. v. Godoy et al |
| 4 | 13cv131-JLS-WMC | Molnar et al v. NCO Financial Systems, Inc. |
|   | 13cv136-MMA-WMC | Maier v. Bloomin' Brands, Inc. |
| 5 | 13cv458-JAH-WMC | National Fire Insurance Company of Hartford v. Travelers Property Casualty Company of America et al |
| 6 | 13cv685-JLS-WMC | House v. NCO Financial Systems, Inc. |
|   | 13cv1427-BEN-WMC | Ryan v. Jersey Mike's Franchise Systems et al |
| 7 | 13cv1564-CAB-WMC | McDonald v. CA Technologies, Inc. et al |
|   | 13cv2214-BTM-WMC | Sood v. Livingston Financial LLC et al |
| 8 | 13cv2332-H-WMC | Brisson v. Bayer Corporation et al |
|   | 13cv2638-L-WMC | Vidal v. Aetna Life Insurance Company et al |
| 9 | 12cv2342-GPC-WMC | Adobe Systems Incorporated v. Select Retrieval, LLC |
|   | 12cv1162-CAB-WMC | Hurn v. Cates |
| 10 | 10cv273-W-WMC | Bryant v. Ochoa et al |
|   | 13cv2090-BEN-WMC | Turner Jr. v. George Bailey Detention et al |

**IT IS SO ORDERED.**

DATED: January 31, 2014

Hon. William McCurine, Jr.
U.S. Magistrate Judge
U.S. District Court

2