**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
*skye@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION (SBN 75381)
*doug@djcampion.com*
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

***Counsel for Plaintiffs and the Proposed Class***

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

J JEFFREY MOLNAR, WESLEY THORNTON, AILEEN MARTINEZ, CHIQUITA BELL, TEYIA BOLDEN, and ANTOINETTE STANSBERRY individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation,

Defendant.

CASE NO. 3:13-cv-00131-JLS-BGS
3:13-cv-00685-JLS-BGS

CLASS ACTION

**CERTIFICATE OF SERVICE**

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 651 Arroyo Drive, San Diego, California 92103. On February 21, 2014, I served the following document(s):

- **CONSOLIDATED CLASS ACTION COMPLAINT AND JURY DEMAND**

on the following interested parties in this action:

| | |
|---|---|
| ALBERT LIMBERG<br>*alimberg@sessions-law.biz*<br>DEBBIE P. KIRKPATRICK<br>*dpk@sessions-law.biz*<br>**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP**<br>1545 Hotel Circle South, Suite 150<br>San Diego, California 92108<br>Telephone: (619) 758-1891<br>Facsimile: (619) 296-2013 | Counsel for Defendant |
| MICHAEL D. SLODOV<br>*mslodov@sessions-law.biz*<br>**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC**<br>15 East Summit Street<br>Chagrin Falls, Ohio 44022<br>Telephone: (440) 318-1073 | Counsel for Defendant<br>(*Pro Hac Vice*) |
| JAMES K. SCHULTZ<br>*jschultz@sessions-law.biz*<br>**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC**<br>55 West Monroe Street, Suite 1120<br>Chicago, Illinois 60603<br>Telephone: (312) 579-0990 | Counsel for Defendant<br>(*Pro Hac Vice*) |
| DOUGLAS J. CAMPION<br>*doug@djcampion.com*<br>**LAW OFFICES OF DOUGLAS J. CAMPION, APC**<br>409 Camino Del Rio South, Suite 303<br>San Diego, California 92108<br>Telephone: (619) 229-2091<br>Facsimile: (619)858-0034 | Counsel for Plaintiffs |

| | |
|---|---|
| BENJAMIN H. RICHMAN<br>*brichman@edelson.com*<br>RAFEY S. BALABANIAN<br>*rbalabanian@edelson.com*<br>CHRISTOPHER L. DORE<br>*cdore@edelson.com*<br>JAY EDELSON<br>*jedelson@edelson.com*<br>**EDELSON, LLC**<br>350 North La Salle Street, Suite 1300<br>Chicago, Illinois 60654<br>Telephone: (312) 589-6370<br>Facsimile: (312) 589-6378 | Counsel for Plaintiffs<br>(*Pro Hac Vice*) |
| MARK S. EISEN<br>*meisen@edelson.com*<br>**EDELSON, PC**<br>555 West Fifth Street, 31st Floor<br>Los Angeles, California 90013<br>Telephone: (213) 533-4100<br>Facsimile: (213) 947-4251 | Counsel for Plaintiffs |
| SEAN PARTICK REIS<br>*sreis@edelson.com*<br>**EDELSON, PC**<br>30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, California 92688<br>Telephone: (949) 459-2124<br>Facsimile: (949) 459-2123 | Counsel for Plaintiffs |

by placing true copies as follows:

[X] **As Indicated on Service List, by Electronic Filing and Service Pursuant to General Order 550:** I caused the document(s) listed above via the Court's Electronic Filing System which constitutes service, pursuant to General Order 550 of the above-titled Court, upon the counsel on service list.

[ ] **By E-service:** I served the above-entitled document(s) by e-mail as a .pdf attachment.

[ ] **By Facsimile:** I served said document(s) to be transmitted via facsimile. The telephone number of the sending facsimile machine was (619) 564-6665. The

name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

[ ] **By Mail:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **By Personal Delivery:** I caused such envelope to be delivered by hand to the office of addressee.

[ ] **By Overnight Delivery:** I caused such envelope to be delivered by California Overnight courier service and/or Federal Express for next business day delivery.

[X] I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

[ ] I declare under penalty of perjury under the laws of the United States of America that I am a member of the Bar of this Court and that the foregoing is true and correct.

Executed on February 21, 2014, at San Diego, California.

Noemi Perez Lara

NOEMI PEREZ LARA