Mark Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4521

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Rosemary House and the putative Class*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY MOLNAR, et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,<br><br>*Defendant*. | Case No. 3:13-cv-00131-JLS-BGS<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** Sean P. Reis withdraws as local counsel of record for Plaintiff Rosemary House and the putative class in the above-captioned matter. Mark S. Eisen of Edelson PC, an attorney in good standing with the California bar, will replace Mr. Reis as local counsel of record. Attorneys Jay Edelson, Rafey S. Balabanian, Christopher L. Dore, and Benjamin H. Richman will also continue to represent Plaintiff Rosemary House and the putative Class in this action.

Respectfully submitted,

Dated: March 11, 2014    By: /s/ Sean P. Reis

Dated: March 11, 2014    By: /s/ Mark Eisen
                         One of Plaintiff's Attorneys

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Mark S. Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4521

**CERTIFICATE OF SERVICE**

I, Mark S. Eisen, an attorney, certify that on March 11, 2014, I served the above and foregoing *Notice of Withdrawal of Counsel* by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 11th day of March 2014.

/s/ Mark S. Eisen