# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| JEFFREY MOLNAR, WESLEY THORNTON, and AILEEN MARTINEZ on behalf of themselves, all others similarly situated and the general public, | CASE NO. 13CV131 JLS (JLB) |
|---|---|
| | CASE NO. 14CV460 JLS (JLB) |
| | **ORDER GRANTING MOTION TO CONSOLIDATE** |
| Plaintiffs, | (13CV131, ECF No. 77) |
| vs. | (14CV460, ECF No. 17) |
| NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation, | |
| Defendant. | |

Presently before the Court is Defendant NCO Financial Systems, Inc.'s ("Defendant") Motion to Consolidate. (13CV131, ECF No. 77; 14CV460, ECF No. 17.) Defendant seeks to consolidate *Monge v. NCO Financial Systems, Inc.*, 14CV460 JLS (JLB), an action recently transferred in from the Central District of California, with the previously consolidated matters *Molnar v. NCO Financial Systems, Inc.*, 13CV131 JLS (JLB) and *House v. NCO Financial Systems, Inc.*, 13CV685 JLS (JLB).

Plaintiff in the *Monge* matter has stipulated to consolidation. Plaintiffs in the

///
///
///
///

*Molnar/House* consolidated action have not opposed the motion and the time for doing so has lapsed. Accordingly, the Court **GRANTS** the motion to consolidate pending in both cases.

**IT IS SO ORDERED.**

DATED: April 29, 2014

Honorable Janis L. Sammartino
United States District Judge