Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:    619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Michael D. Slodov (Ohio SCR# 0051678)
*Admitted Pro Hac Vice*
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C,
15 E. Summit St.
Chagrin Falls, Ohio 44022
Tel: 440.318.1073
Fax: 216.359.0049
mslodov@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MOLNAR, WESLEY THORNTON, and AILEEN MARTINEZ on behalf of themselves, all others similarly situated and the general public,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation<br><br>                    Defendant. | Case No.  13-CV-0131-BAS-JLB<br><br>JOINT MOTION TO EXTEND SCHEDULED DATES BY 45 DAYS |

COMES now Defendant, NCO Financial Systems, Inc. ("NCO"), and Plaintiffs, by and through undersigned counsel, hereby agree and request the Court's approval of an extension of 45 days to the following scheduled dates set forth in the Court's Scheduling Order of April 10, 2014.  ECF No. 81. This Joint Motion is made with respect to the following dated:

1. On April 10, 2014, this Court issued a Scheduling Order in this case setting forth the following pertinent dates:

    a. "On or before **August 15, 2014**, each party shall comply with the disclosure provisions in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure. This disclosure requirement applies to all persons retained or specifically employed to provide expert testimony or whose duties as an employee of the part regularly involve the giving of expert testimony." ECF No. 81 ¶ 2.

    b. "Any party shall supplement its class certification disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(c)on or before **August 29, 2014**." ECF No. 81 ¶ 3.

    c. "Plaintiff shall file its motion for class certification on or before **September 23, 2014**." ECF No. 81 ¶ 8.

2. The 45-day extension to each of these above-mentioned dates is needed for the following reasons:

a. Defendant's expert is scheduled to have rotator cuff surgery on August 13, 2014, and will not complete his expert report by August 15, 2014.

b. Counsel require the additional 45 days to complete the report, necessitating an extension of the associated dates identified above.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED, by and through undersigned counsel, that each of the above-referenced dates from the April 10, 2014 Scheduling Order shall be continued 45 days.

a. On or before **September 29, 2014**, each party shall comply with the disclosure provisions in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure. This disclosure requirement applies to all persons retained or specifically employed to provide expert testimony or whose duties as an employee of the part regularly involve the giving of expert testimony.

b. Any party shall supplement its class certification disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(c)on or before **October 14, 2014**.

c. Plaintiffs shall file their motion for class certification on or before **November 7, 2014**.

Dated: 7/22/14         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.

/s/ Michael D. Slodov
*Admitted pro hac vice*
Attorney for Defendant
NCO Financial Systems, Inc.

Dated: 7/22/14         LAW OFFICES OF RONALD A. MARRON

/s/ Kas Gallucci

Kas Gallucci
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
Attorney for Plaintiffs

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Kas Gallucci, counsel for Plaintiffs, and that I have obtained Ms. Gallucci's approval of her electronic signature to this document.

Dated: 7/22/14         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.

/s/ Michael D. Slodov
*Admitted pro hac vice*
Attorney for Defendant
NCO Financial Systems, Inc.