

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Jeffrey Molnar et al.

**Plaintiff,**

v.

NCO Financial Systems, Inc.

**Defendant.**

Civil No. __3:13-cv-131-BAS-JLB__

## PRO HAC VICE APPLICATION

Plaintiffs
_____
Party Represented

I, _____James Dominick Larry_____ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Edelson PC

Street address: 350 North LaSalle Street, Suite 1300

City, State, ZIP: Chicago, Illinois 60654

Phone number: 312.572.7212

Email: nlarry@edelson.com

That on ___Nov 1, 2012___ I was admitted to practice before ___the Illinois Supreme Court___
(Date)                                                              (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made

any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case Number _____ Date of Application _____

Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Mark S. Eisen                                    213.533.4100
(Name)                                           (Telephone)

Edelson PC
(Firm)

555 West Fifth Street, 31st Floor        Los Angeles, CA                90013
(Street)                                  (City)                        (Zip code)

_____
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)