# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey Molnar, et al.,<br><br>            Plaintiffs,<br>     vs.<br>NCO Financial Sys., Inc.,<br><br>            Defendant. | CASE NO. 13cv131-BAS (JLB)<br>ORDER GRANTING JOINT MOTION<br>[ECF Nos. 81, 102] |

Presently before the Court is a Joint Motion filed by the parties in this action (ECF No. 102), which requests a 60 day extension of time to file a motion for class certification. For good cause appearing, the Joint Motion is GRANTED. Accordingly, the motion for class certification deadline set in the Scheduling Order issued on April 10, 2014, (ECF No. 81), is hereby RESET as follows:

   a.   Plaintiffs shall file their motion for class certification on or before **November 22, 2014**.

Except as expressly modified herein, all provisions of the Court's April 10, 2014 order (ECF No. 81) remain in full force and effect.

   IT IS SO ORDERED.

DATED: September 10, 2014

_____
JILL L. BURKHARDT
United States Magistrate Judge

13cv131