**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
*skye@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION (SBN 75381)
*doug@djcampion.com*
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

[additional counsel listed on Service List]

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MOLNAR, WESLEY THORNTON, AILEEN MARTINEZ, CHIQUITA BELL, TEYIA BOLDEN, and ANTOINETTE STANSBERRY individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation,<br><br>Defendant. | CASE NO. 3:13-cv-00131-BAS-JLB<br>3:13-cv-00685-BAS-JLB<br><br>CLASS ACTION<br><br><br><br>**CERTIFICATE OF SERVICE** |

1

*Molnar, et al. v. NCO Financial Systems, Inc.*; No. 13cv0131
CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 651 Arroyo Drive, San Diego, California 92103. On September 29, 2014, I served the following document(s):

**JOINT MOTION TO CONTINUE DEADLINE TO PARTICIPATE IN COURT'S INFORMAL DISPUTE RESOLUTION PROCEDURE AND/OR FILE A JOINT STATEMENT FOR DETERMINATION OF DISCOVERY DISPUTE REGARDING DEFENDANT'S RESPONSES TO PLAINTIFFS' DISCOVERY AND PLAINTIFFS' RESPONSES TO THE COURT'S ORDER OF SEPTEMBER 10, 2014**

on the following interested parties in this action:

| | |
|---|---|
| DAMIAN P. RICHARD<br>drichard@sessions-law.biz<br>DEBBIE P. KIRKPATRICK<br>dpk@sessions-law.biz<br>**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP**<br>1545 Hotel Circle South, Suite 150<br>San Diego, California 92108<br>Telephone: (619) 758-1891<br>Facsimile: (619) 296-2013 | Counsel for Defendant |
| MICHAEL D. SLODOV<br>mslodov@sessions-law.biz<br>**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC**<br>15 East Summit Street<br>Chagrin Falls, Ohio 44022<br>Telephone: (440) 318-1073 | Counsel for Defendant<br>(*Pro Hac Vice*) |
| JAMES K. SCHULTZ<br>jschultz@sessions-law.biz<br>**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC**<br>55 West Monroe Street, Suite 1120<br>Chicago, Illinois 60603<br>Telephone: (312) 579-0990 | Counsel for Defendant<br>(*Pro Hac Vice*) |
| BRYAN C. SHARTLE<br>bshartle@sessions-law.biz<br>**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC**<br>3850 North Causeway Boulevard, Suite 200 | Counsel for Defendant<br>(*Pro Hac Vice*) |

| | |
|---|---|
| Metairie, Louisiana 70002<br>Telephone: (504) 828-3700<br>Facsimile: (504) 582-1523 | |
| DOUGLAS J. CAMPION<br>*doug@djcampion.com*<br>**LAW OFFICES OF DOUGLAS J. CAMPION, APC**<br>409 Camino Del Rio South, Suite 303<br>San Diego, California 92108<br>Telephone: (619) 229-2091<br>Facsimile: (619)858-0034 | Counsel for Plaintiffs |
| KEITH JAMES KEOGH<br>*keith@keoghlaw.com*<br>KATHERINE M. BOWEN<br>*kbowen@keoghlaw.com*<br>**KEOGH LAW, LTD**<br>55 West Monroe Street, Suite 3390<br>Chicago, Illinois 60603<br>Telephone: (312) 726-1092<br>Facsimile: (312) 726-1093 | Counsel for Plaintiffs<br>(*Pro Hac Vice*) |
| PATRIC ALEXANDER LESTER<br>*pl@lesterlaw.com*<br>**PATRIC LESTER & ASSOCIATES**<br>5694 Mission Center Road #358<br>San Diego, California 92108<br>Telephone: (619) 283-6078<br>Facsimile: (314) 241-5777 | Counsel for Plaintiffs |
| JAY EDELSON<br>*jedelson@edelson.com*<br>RAFEY S. BALABANIAN<br>*rbalabanian@edelson.com*<br>BENJAMIN H. RICHMAN<br>*brichman@edelson.com*<br>CHRISTOPHER L. DORE<br>*cdore@edelson.com*<br>JAMES DOMINICK LARRY<br>*nlarry@edelson.com*<br>**EDELSON, P.C.**<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Telephone: (312) 589-6370<br>Facsimile: (312) 589-6378 | Counsel for Plaintiffs<br>(*Pro Hac Vice*) |

| | |
|---|---|
| MARK S. EISEN<br>meisen@edelson.com<br>**EDELSON, P.C.**<br>555 West Fifth Street, 31st Floor<br>Los Angeles, California 90013<br>Telephone: (213) 533-4100<br>Facsimile: (213) 947-4251 | Counsel for Plaintiffs |

by placing true copies as follows:

[X]   **As Indicated on Service List, by Electronic Filing and Service Pursuant to General Order 550:** I caused the document(s) listed above via the Court's Electronic Filing System which constitutes service, pursuant to General Order 550 of the above-titled Court, upon the counsel on service list.

In addition, I served the following document(s) by e-mail on counsel for all interested parties in this action:

**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO PARTICIPATE IN COURT'S INFORMAL DISPUTE RESOLUTION PROCEDURE AND/OR FILE A JOINT STATEMENT FOR DETERMINATION OF DISCOVERY DISPUTE REGARDING DEFENDANT'S RESPONSES TO PLAINTIFFS' DISCOVERY AND PLAINTIFFS' RESPONSES TO THE COURT'S ORDER OF SEPTEMBER 10, 2014**

[X]   I declare under penalty of perjury under the laws of the United States of America that I am a member of the Bar of this Court and that the foregoing is true and correct.

DATED: September 29, 2014            */s/ Ronald A. Marron*
                                     RONALD A. MARRON

                                     **LAW OFFICES OF RONALD A. MARRON**
                                     RONALD A. MARRON (SBN 175650)
                                     *ron@consumersadvocates.com*
                                     SKYE RESENDES (SBN 278511)
                                     *skye@consumersadvocates.com*
                                     ALEXIS M. WOOD (SBN 270200)
                                     *alexis@consumersadvocates.com*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665