# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Jeffrey Molnar, et al., | CASE NO. 13cv131-BAS (JLB) |
|---|---|
| Plaintiffs, | ORDER GRANTING JOINT MOTION |
| vs. | |
| NCO Financial Sys., Inc., | [ECF No. 106] |
| Defendant. | |

Pending before the Court is Plaintiffs' and Defendant's Joint Motion to Continue Deadline to Participate in Court's Informal Dispute Resolution Procedure and/or File a Joint Statement for Determination of Discovery Dispute Regarding Defendant's Responses to Plaintiffs' Discovery and Plaintiffs' Responses to the Court's Order of September 10, 2014. Having read and considered the moving papers, and good cause appearing, the Court GRANTS the motion (ECF No. 106).

The Parties deadline to participate in the Court's informal dispute resolution procedure and/or file a joint statement for determination of discovery dispute regarding Defendant's responses to Plaintiffs' discovery is Monday, December 1, 2014, and as to Plaintiff's responses to the Court's order (ECF No. 104), by October 10, 2014.

IT IS SO ORDERED.

DATED: October 7, 2014

JILL L. BURKHARDT
United States Magistrate Judge