**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
*skye@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION (SBN 75381)
409 Camino Del Rio South, Suite 303
San Diego, California 92108
*doug@djcampion.com*
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MOLNAR, WESLEY THORNTON, AILEEN MARTINEZ, CHIQUITA BELL, TEYIA BOLDEN, and ANTOINETTE STANSBERRY, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation,<br><br>Defendant. | CASE NO. 3:13-cv-00131-BAS-JLB<br><br>CLASS ACTION<br><br>**DISCOVERY MATTER**<br><br>**SUPPLEMENTAL DECLARATION OF KAS GALLUCCI IN OPPOSITION TO DEFENDANT'S MOTION FOR DISCOVERY SANCTIONS**<br><br>Date: October 24, 2014<br>Time: 1:30 p.m.<br>Courtroom: 1D<br>Judge: Hon. Jill L. Burkhardt |

*MOLNAR ET AL., V. NCO FINANCIAL SYSTEMS, INC., NO. 3:13-CV-00131-BAS-JLB*
SUPPLEMENTAL DECLARATION OF KAS GALLUCCI

I, Kas L. Gallucci, declare:

1. I am a member in good standing of the State Bar of California, and the United States District Court for the Southern District of California. I am an associate at the Law Offices of Ronald A. Marron. I, along with my co-counsel, represent the Plaintiffs in the above-captioned action. I have personal knowledge of the facts stated herein, and, if called on to do so, could and would testify competently thereto. I make this Supplemental Declaration in opposition to Defendant's Motion for Discovery Sanctions.

2. Attached hereto as **Exhibit F** is a true and correct copy of NCO Financial Systems, Inc.'s Combined Meet and Confer Request, Objections to Subpoena to the ADT Corporation, Motion to Quash, and Motion for Protective Order. Beginning on page 14, this document shows that Defendant has records of all phone calls that were made to Plaintiffs.

I declare under penalty of perjury of the law of the United States that the foregoing is true and correct.

Dated: October 24, 2014        */s/ Kas Gallucci*
                               Kas Gallucci
                               **LAW OFFICES OF RONALD A. MARRON**

1