Jay Edelson (Admitted *pro hac vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *pro hac vice*)
cdore@edelson.com
J. Dominick Larry (Admitted *pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

(additional counsel on signature block)

*Counsel for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MOLNAR, WESLEY THORNTON, AILEEN MARTINEZ, CHIQUITA BELL, TEYIA BOLDEN, and ANTOINETTE STANSBERRY individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs,*<br>  *v.*<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation,<br><br>   *Defendant.* | Case No. 3:13-cv-00131-BAS-JLB<br><br><br>**PLAINTIFFS' UNOPPOSED *EX PARTE* MOTION TO EXTEND DEADLINES** |

1

1    Plaintiffs Jeffrey Molnar, Wesley Thornton, Aileen Martinez, Chiquita Bell,

2    Teyia Bolden, and Antoinette Stansberry (collectively "Plaintiffs"), and Defendant

3    NCO Financial Systems, Inc. ("NCO," and collectively with Plaintiffs, "the Parties")

4    hereby agree to and request the Court's approval of an extension of 90 days to the

5    following scheduled dates set forth in the Court's Scheduling Orders of April 10, 2014

6    (Dkt. 81) and September 10, 2014 (Dkt. 103).

7         1.    On April 10, 2014, the Court issued a Scheduling order, setting forth

8    September 23, 2014 as the deadline for Plaintiffs to file their motion for class

9    certification. (Dkt. 81.)

10        2.    On September 10, 2014, on the Parties' joint motion, the Court extended

11   Plaintiffs' class certification deadline to November 22, 2014. (Dkt. 103.) That same

12   week, the Parties met and conferred regarding NCO's responses to Plaintiffs' fourth

13   requests for the production of documents, as well as their interrogatories, and discussed

14   a procedure whereby NCO, in lieu of responding to several of Plaintiffs' discovery

15   requests as posed, could instead provide a representative sampling of account files.

16   (*See* Declaration of J. Dominick Larry ("Larry Dec."), attached hereto, at ¶ 7.)

17        3.    After further discussion between the Parties, and on the Court's request,

18   the Parties jointly moved for an extension of the deadlines for each to submit a joint

19   statement for determination of discovery disputes. (Dkt. 106.) In that motion, the Parties

20   stated that they expected to reach a consensus on whether a sampling would take place

21   (and if so on what terms) no later than October 3, 2014. (*Id.* 3.)

22        4.    Over the course of the following month, NCO (along with its counsel)

23   worked to both put mechanisms in place to effectuate the sampling, and to prepare a

24   preliminary sample (in effect, a sampling of the sample) to provide to Plaintiffs'

25   counsel, so that the Parties could meaningfully discuss the final form of the sample

26   production. (*Id.* ¶¶ 8 – 10.) Throughout this time, Plaintiffs' counsel repeatedly sought

27   updates and further information from NCO's counsel regarding the status of the sample,

28   and generally impressed upon NCO the urgency of the production. (*Id.*)

5.     On November 7, 2014, NCO produced the preliminary sample to its attorneys for review. Upon reviewing the sample, Defendant's counsel determined that the sample lacked certain information responsive to Plaintiffs' requests, and that NCO would have to modify and restart the sampling procedure. (*Id.* ¶ 11.)

6.     On November 10, 2014 Plaintiffs' counsel conferred with NCO's counsel by both telephone and email regarding the sampling and the instant motion. (*Id.* ¶ 12.) NCO's counsel informed Plaintiffs' counsel of the deficiencies in the preliminary sample, and of NCO's ongoing attempt to produce a satisfactory sample. After further discussion, NCO's counsel informed Plaintiffs' counsel that it could not provide a definitive timeline for completing the production, but that its best estimate was between 30 and 45 days. (*Id.* ¶¶ 12 – 17.) NCO's counsel also reiterated that it had no opposition to Plaintiffs' proposed extension. (*Id.*)

7.     To expedite the process of reviewing the sample, the Parties have agreed that NCO will provide a rolling production, such that Plaintiffs' counsel can begin reviewing the sampling while NCO is still assembling it. Nonetheless, full production, reviewing the entire sample, drawing conclusions from it, providing it to the Parties' respective experts, and using the information gleaned from it to brief class certification will take substantial time. (*Id.* ¶ 17.) As such, Plaintiffs request, and NCO does not oppose, that Plaintiffs' deadline to file their motion for class certification be extended to February 20, 2015 (i.e., 60 days from the anticipated completion of the sampling, and 90 days from the current November 22, 2014 deadline), in order to allow the Parties adequate time to produce, review, and utilize the sample, and to account for any potential sampling delays associated with the upcoming holiday season. (*Id.* ¶ 18.)

8.     Furthermore, in order for the Parties to fully incorporate both the full sampling and any class certification order into their merits discovery efforts (including depositions and further discovery requests), and to account for any potential sampling delays associated with the upcoming holiday season, Plaintiffs request—and NCO has not indicated opposition to—an extension of 45 days for all remaining dates in the

Court's scheduling order. (*Id.* ¶ 19.) Specifically, Plaintiffs request that the Court extend the Parties' deadline to:

    a.    disclose the identities of their experts regarding the merits from January 5, 2015 to February 19, 2015;

    b.    disclose the identities of their rebuttal experts regarding the merits from January 26, 2015 to March 12, 2015;

    c.    disclose their Rule 26(a)(2)(B) expert reports from February 9, 2015 to March 26, 2015;

    d.    supplement their merits-related disclosures regarding contradictory or rebuttal evidence from February 23, 2015 to April 9, 2015;

    e.    complete *all* discovery, including experts, from March 23, 2015 to May 7, 2015;

    f.    file all other pretrial motions, including motions for summary judgment, from March 13, 2015 to April 27, 2015;

    g.    file their memoranda of contentions of fact and law from May 27, 2015 to July 13, 2015;

    h.    comply with the pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) from May 27, 2015 to July 13, 2015;

    i.    meet and take the action required by Local Rule 16.1(f)(4) from June 3, 2015 to July 20, 2015.

    9.    The relief requested herein is sought in good faith and not for any improper purpose, such as delay. (*Id.* ¶ 21.)

    **WHEREFORE,** for the reasons stated above, Plaintiffs and Defendant jointly request that this honorable Court enter an order extending Plaintiffs' deadline to file their motion for class certification through February 20, 2015, extend all remaining deadlines by 45 days, and award any such other relief as the Court deems reasonable and just.

| | |
|---|---|
| 1 | Respectfully Submitted, |
| 2 | **JEFFREY MOLNAR, WESLEY** |
| 3 | **THORNTON, AILEEN MARTINEZ,** **CHIQUITA BELL, TEYIA BOLDEN,** and |
| 4 | **ANTOINETTE STANSBERRY** individually and on behalf of all others similarly situated, |
| 5 | |

Dated: November 12, 2014          By: s/ J. Dominick Larry
                                                    *Counsel for Plaintiffs*

Jay Edelson (Admitted *pro hac vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *pro hac vice*)
cdore@edelson.com
J. Dominick Larry (Admitted *pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Ronald A. Marron
ron@consumersadvocates.com
Alexis M. Wood
alexis@consumersadvocates.com
Kas Gallucci
kas@consumersadvocates.com
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Tel: 619.696.9006
Fax: 619.564.6665

Douglas J. Campion
doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Tel: 619.299.2091
Fax: 619.858.0034

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Keith J. Keogh (Admitted *pro hac vice*)
keith@keoghlaw.com
KEOGH LAW, LTD
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
Tel: 312.726.1092
Fax: 312.726.1093

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 12, 2014, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

s/ J. Dominick Larry