# Table of Exhibits

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| Exhibit 1 | Excerpts of Defendant NCO's Responses to Plaintiffs' Request for Production of Documents, Set Four (Filed Under Seal) | 1-3 |
| Exhibit 2 | Excerpts of the Deposition Transcript of NCO's Rule 30(b)(6) Representative Greg Stevens (Filed Under Seal) | 4-54 |
| Exhibit 3 | Declaration of Jeffrey A. Hansen In Support of Plaintiff's Motion For Class Certification (Filed Partially Under Seal) | 55-125 |
| Exhibit 4 | Rule 26(a)(2) Expert Disclosure, Written Report, and Declaration of Jeffrey A. Hansen (Filed Partially Under Seal) | 126-136 |
| Exhibit 5 | Expert Report of Ken Sponsler (Filed Under Seal) | 137-152 |
| Exhibit 6 | Excerpts of "Fact Sheet" Regarding Plaintiff Thornton (Filed Under Seal) | 153-163 |
| Exhibit 7 | Excerpts of Representative Call Log Sample (Filed Under Seal) | 164-167 |
| Exhibit 8 | Excerpts of "NCO Collector Training Manual: April 2013" (Filed Under Seal) | 168-169 |
| Exhibit 9 | Excerpts of "NCO Collector Training Manual: April 2008" (Filed Under Seal) | 170-171 |
| Exhibit 10 | Excerpts of Deposition Transcript of Wesley Allen Thornton | 172-186 |
| Exhibit 11 | Excerpts of Defendant NCO's Responses to Plaintiff Thornton's Interrogatories (Filed Under Seal) | 187-191 |

| Exhibit 12 | NCO Action Codes, Result Codes and Status Codes, July 18, 2012 (Filed Under Seal) | 192-258 |