Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:    619/296-2013
dkirkpatrick@sessions-law.biz

Michael D. Slodov (Ohio SCR# 0051678)
*Admitted Pro Hac Vice*
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
15 E. Summit St.
Chagrin Falls, Ohio 44022
Tel: 440.318.1073
Fax: 216.359.0049
mslodov@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MOLNAR, et al., | Case No.  13-CV-0131-BAS-JLB |
| Plaintiffs, | **DEFENDANT NCO FINANCIAL SYSTEMS, INC.'S NOTICE OF MOTION AND SECOND MOTION TO STRIKE AND *EX PARTE* MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PLAINTIFFS MOTION FOR CLASS CERTIFICATION INSTANTER** |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |
| | Hearing Date:  May 11, 2015 |
| | Judge: CYNTHIA A. BASHANT |
| | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 11, 2015 or as soon thereafter as the matter may be heard in Courtroom 4B, of the United States District Court, Southern District of California located at 221 West Broadway, Suite 4145, San Diego California, 92101, Defendant NCO Financial Systems, Inc. ("NCO"), will and hereby does move to strike the March 23, 2015 declaration of Hansen, ECF No. 159-3, and for leave to file its surreply in opposition to plaintiff's motion for class certification instanter.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the complete records and file herein, and upon such evidence and arguments that may be presented before the time of the Court's hearing on the motion.

Dated: April 1, 2015         SESSIONS FISHMAN, NATHAN & ISRAEL, L.L.C.

                             */s/Michael D. Slodov*
                             Michael D. Slodov
                             Attorney for Defendant
                             NCO Financial Systems, Inc.

James K. Schultz
Sessions Fishman Nathan & Israel LLC
55 West Monroe Street
Suite 1120
Chicago, IL 60603
(312) 578-0990
Email: jschultz@sessions-law.biz

Bryan C. Shartle
Sessions Fishman Nathan and Israel LLC
3850 North Causeway Boulevard
Suite 200
Metairie, LA 70002-7227
(504) 828-3700
Fax: (504) 582-1523
Email: bshartle@sessions-law.biz

Debbie P Kirkpatrick
Damian P. Richard
Sessions Fishman Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
619-758-1891
Fax: 619-296-2013
Email: dpk@sessions-law.biz, drichard@sessions-law.biz

## PROOF OF SERVICE

**I HEREBY CERTIFY** that on April 1, 2015, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

> By: */s/Michael D. Slodov*
> *Admitted pro hac vice*
> Attorneys for NCO Financial Systems, Inc.