1

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)

2

*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)

3

*skye@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)

4

*alexis@consumersadvocates.com*
651 Arroyo Drive

5

San Diego, California 92103
Telephone: (619) 696-9006

6

Facsimile: (619) 564-6665

7

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION (SBN 75381)

8

409 Camino Del Rio South, Suite 303
San Diego, CA 92108

9

*doug@djcampion.com*
Telephone: (619) 299-2091

10

Facsimile: (619) 858-0034

11

**[Additional Counsel on Signature Block]**

12

*Counsel for Plaintiffs and the Proposed Class*

13

14

**UNITED STATES DISTRICT COURT**

15

**SOUTHERN DISTRICT OF CALIFORNIA**

16

17

JEFFREY MOLNAR and WESLEY
THORNTON, AILEEN MARTINEZ,

18

CHIQUITA BELL, TEYIA BOLDEN, and
ANTOINETTE STANSBERRY, on behalf

19

of themselves, all others similarly situated,

20

Plaintiffs,

21

22

vs.

23

NCO FINANCIAL SYSTEMS, INC., a

24

Pennsylvania Corporation,

25

Defendant.

26

27

28

CASE NO. 3:13-cv-00131-BAS-JLB
CLASS ACTION

**PLAINTIFFS' UNOPPOSED
MOTION TO CONTINUE
DEADLINE TO FILE RESPONSE IN
OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY
JUDGMENT [DKT. NO. 152]**

1    Plaintiffs Wesley Thornton, Aileen Martinez, Chiquita Bell, Teyia Bolden and

2  Antoinette Stansberry ("Plaintiffs"), without opposition from Defendant NCO Financial

3  Systems, Inc. ("NCO" or "Defendant"), by and through their counsel of record,

4  respectfully move this Court for an Order continuing the deadline for Plaintiffs to file

5  their response in opposition to Defendant's Motion for Summary Judgment, filed at Dkt.

6  No. 152. Plaintiffs state the following in support of their request.

7    WHEREAS, on March 9, 2015, Defendant filed a Motion for Summary Judgment

8  with a hearing date of April 20, 2015. Dkt. No. 152.

9    WHEREAS, on March 26, 2015, the Parties jointly moved to extend the Summary

10  Judgment briefing deadlines to allow for the completion of certain relevant discovery,

11  Dkt. No. 160.

12    WHEREAS, on April 2, 2015, the Court granted the Parties' joint motion and

13  extended Plaintiffs' deadline to respond to Defendant's summary judgment motion to

14  April 20, 2015, and Defendant's reply deadline to April 27, 2015;

15    WHEREAS, during the week of April 13, 2015, the counsel for the Parties entered

16  discussions regarding the settlement and release of certain Plaintiffs' claims;

17    WHEREAS, the potential settlement of certain Plaintiffs' claims will necessarily

18  affect the scope and substance of Plaintiffs' opposition to Defendant's summary

19  judgment motion, along with the scope and substance of Defendant's summary judgment

20  reply;

21    WHEREAS, the Parties met and conferred on April 17, 2015, regarding a one-

22  week extension for Plaintiffs to respond to Defendant's Motion for Summary Judgment.

23  Defendant agreed to this request and does not oppose this motion. Ex. 1.

24    GOOD CAUSE exists to grant Plaintiffs' request so as to allow the Parties to

25  negotiate the resolution of certain Plaintiffs' claims, and for Plaintiffs to modify their

26  summary judgment response accordingly.

27    THERFORE, Plaintiffs request, and Defendant does not oppose, an order

28  extending the deadline for Plaintiffs to file their response in opposition to Defendant's

1

1   Motion for Summary Judgment from April 20, 2015 until April 27, 2015. Defendant's

2   reply, if any, would be due on May 4, 2015.

3

4   DATED:  April 17, 2015                    Respectfully submitted,

5                                            By: */s/ Kas L. Gallucci*

6                                            *Kas L. Gallucci*
                                             **LAW OFFICES OF RONALD A. MARRON,**
7                                            RONALD A. MARRON

8                                            SKYE RESENDES
                                             ALEXIS M. WOOD
9                                            KAS L. GALLUCCI

10                                           651 Arroyo Drive
                                             San Diego, California 92103
11                                           Telephone: (619) 696-9006

12                                           Facsimile: (619) 564-6665

13                                           By: */s/ J. Dominick Larry*

14                                           *J. Dominick Larry*
                                             **EDELSON PC**
15                                           Jay Edelson (Admitted *pro hac vice*)

16                                           jedelson@edelson.com
                                             Rafey S. Balabanian (Admitted *pro hac vice*)
17                                           rbalabanian@edelson.com

18                                           Benjamin H. Richman (Admitted *pro hac vice*)
                                             brichman@edelson.com
19                                           Christopher L. Dore (Admitted *pro hac vice*)

20                                           cdore@edelson.com
                                             J. Dominick Larry (Admitted *pro hac vice*)
21                                           nlarry@edelson.com

22                                           350 North LaSalle Street, Suite 1300
                                             Chicago, Illinois 60654
23                                           Tel: 312.589.6370

24                                           Fax: 312.589.6378

25                                           *Douglas J. Campion*

26                                           **LAW OFFICES OF DOUGLAS J.**
                                             **CAMPION, APC**
27                                           DOUGLAS J. CAMPION

28                                           *doug@djcampion.com*

                                                      2

*Molnar, et al.  v. NCO Financial Systems, Inc.*, No. 3:13-cv-00131-BAS-JLB
                                    UNOPPOSED MOTION TO CONTINUE DATES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

409 Camino Del Rio South, Suite 303
San Diego, California 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-003

Keith J. Keogh (Admitted *pro hac vice*)
keith@keoghlaw.com
**KEOGH LAW, LTD.**
55 W. Monroe Street, Ste. 3390
Chicago, Illinois 60603
Tel: 312.726.1092
Fax: 312.726.1093

*Attorneys for Plaintiffs and the Proposed Class*

3

*Molnar, et al.  v. NCO Financial Systems, Inc.*, No. 3:13-cv-00131-BAS-JLB
UNOPPOSED MOTION TO CONTINUE DATES