Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Michael D. Slodov (Ohio SCR# 0051678)
*Admitted Pro Hac Vice*
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C,
15 E. Summit St.
Chagrin Falls, Ohio 44022
Tel: 440.318.1073
Fax: 216.359.0049
mslodov@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MOLNAR, et al., | Case No.  3:13-CV-0131-BAS-JLB |
| Plaintiffs, | **JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE** |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | Magistrate Judge Jill L. Burkhardt |
| Defendant. | |

Now comes Defendant, NCO Financial Systems, Inc. ("NCO"), and Plaintiffs, by and through undersigned counsel, hereby jointly agree to rescheduling the settlement conference currently scheduled for May 11, 2015 at 9:00 a.m. and request the Court reset the Mandatory Settlement Conference to take place after May 11, 2015.  ECF Nos. 127, 138. This Joint Motion is made with respect to the following:

1. On November 24, 2014, the Court issued an amended Scheduling Order in this case setting forth in paragraph 7, the setting of a Mandatory Settlement Conference on May 12, 2015 at 1:30 p.m. ECF No. 127.

2. By minute order entered on February 2, 2015, the Court reset the date for the Mandatory Settlement Conference to May 11, 2015 at 9:00 a.m. ECF No. 138.

3.  NCO informed its insurance carrier's claims adjuster, Adam Peacock, that his attendance at the May 11, 2015 Settlement Conference was required on March 13, 2015, and again on March 26, 2015.

4. On or about March 18, 2015, the parties attempted a private mediation through JAMS, and were unsuccessful in resolving the Plaintiffs' claims.

5. On or about April 6, 2015, Mr. Peacock informed counsel for NCO that he had a scheduling conflict and could not attend the Settlement

Conference in person on May 11, but could if permitted and agreed, attend by phone.

6. Counsel for Plaintiff expressed the view that Mr. Peacock's attendance in person would be essential to the conduct of the Settlement Conference, and agreed that it would be in all parties' interests to continue the Settlement Conference to a mutually agreeable date and time.

7. On April 22, 2015, the parties, through counsel, contacted the Court to request a new date be set for the scheduling conference after May 12, 2015 (but not on May 13, 14, 21, 26, 28, or June 1).

8. The parties continue their efforts to resolve some of the Plaintiffs' claims through negotiations by counsel.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED, by and through undersigned counsel, that the Mandatory Settlement Conference set for May 11, 2015 at 9:00 a.m. shall be continued, to a date convenient for the Court.

Dated: April 23, 2015          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.

/s/ Michael D. Slodov
*Admitted pro hac vice*
Attorney for Defendant
NCO Financial Systems, Inc.

Dated: April 23, 2015        Edelson PC


<u>s/ J. Dominick Larry</u>
J. Dominick Larry
*Admitted pro hac vice*
Attorney for Plaintiffs

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to J. Dominic Larry, counsel for Plaintiffs, and that I have obtained Mr. Larry's approval of their electronic signature to this document.


Dated: April 23, 2015                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.

                                                     /s/ Michael D. Slodov
                                                     *Admitted pro hac vice*
                                                     Attorney for Defendant
                                                     NCO Financial Systems, Inc.

**PROOF OF SERVICE**

**I HEREBY CERTIFY** that on April 23, 2015, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

By: */s/Michael D. Slodov*
*Admitted pro hac vice*
Attorneys for NCO Financial Systems, Inc.