Douglas J. Campion (SBN 75381)
doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Tel: 619.299.2091
Fax: 619.858.0034

Jay Edelson (Admitted *pro hac vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

[Additional Counsel on Signature Block]

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY MOLNAR, WESLEY THORNTON, AILEEN MARTINEZ, CHIQUITA BELL, TEYIA BOLDEN, and ANTOINETTE STANSBERRY, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation,<br><br>   *Defendant*. | Case No. 3:13-cv-00131-BAS-JLB<br><br>**STATUS REPORT REGARDING ONGOING SETTLEMENT NEGOTIATIONS**<br><br>Judge: Hon. Cynthia A. Bashant<br>Magistrate: Hon. Jill L. Burkhardt<br><br>Courtroom:   4B |

Plaintiffs Wesley Thornton, Aileen Martinez, Chiquita Bell, Teyia Bolden, and Antoinette Stansberry (collectively "Plaintiffs"), jointly with Defendant NCO Financial Systems, Inc., (collectively "the Parties") by and through their undersigned counsel, respectfully provide the Court with the following status report regarding their August 24, 2015 mediation and their ongoing settlement efforts, pursuant to this Court's order dated August 19, 2015 (ECF No. 196).

On August 24, 2015, the Parties participated in an all-day private mediation before the Honorable Morton Denlow of JAMS (Chicago). Although the Parties did not reach a settlement that day, with the assistance of Judge Denlow, they made substantial progress toward the resolution of this action. At the close of the day, the Parties further agreed to continue their discussions, hopeful that they would build upon the progress made during the mediation session. At this time, the Parties remain engaged in settlement discussions and are cautiously optimistic that a settlement is possible and that they will be able to reach an agreement on principal terms of such a resolution (or determine that they will be unable to do so) within thirty (30) days.

In light of the foregoing, and pursuant to this Court's August 19, 2015 (ECF No. 196), the Parties propose the following schedule of revised dates and deadlines for completion of the pertinent pre-trial requirements:

    a. Pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **November 13, 2015**;

    b. Local Rule 16.1.f.4.a actions by **November 6, 2015**;

    c. Local Rule 16.1.f.6.a actions by **November 13, 2015**;

    d. Objections to Fed. R. Civ. P. 26(a)(3) disclosures by **November 13, 2015**;

    e. Proposed pretrial order in the form prescribed by Local Rule 16.1.f.6.c by **November 20, 2015**;

    f. Final pretrial conference before the Honorable Cynthia Bashant on Monday, **December 7, 2015**;

g. All motions *in limine* by **December 21, 2015**;

h. All responses to motions *in limine* by **January 8, 2016**;

i. Joint proposed jury instructions, proposed verdict form, *voir dire* instructions, and statement of the case by **January 8, 2016**;

j. Exchange of final exhibit and witness lists by **January February 1, 2016**;

k. Hearing on motions *in limine* on **January 29, 2016** at **10:30 a.m.**;

l. Trial on Tuesday, **February 9, 2016** at **9:00 a.m.**

The Parties respectfully submit that the above revised case schedule will permit them the time necessary to determine whether a settlement can be reached and if not, will not needlessly delay the efficient progression of the litigation. Should the Parties ultimately reach an agreement on the principal terms of a settlement prior to any of the aforementioned dates, however, they will promptly file a further status report informing the Court of the same and proposing a schedule for presentation of the proposed settlement to the Court.

Respectfully Submitted,

**JEFFREY MOLNAR, WESLEY THORNTON, AILEEN MARTINEZ, CHIQUITA BELL, TEYIA BOLDEN, and ANTOINETTE STANSBERRY,** individually and on behalf of all others similarly situated,

DATED:  September 8, 2015   By: *s/ J. Dominick Larry*

**EDELSON PC**
Jay Edelson (Admitted *pro hac vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *pro hac vice*)
cdore@edelson.com
J. Dominick Larry (Admitted *pro hac vice*)

nlarry@edelson.com
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**LAW OFFICES OF RONALD A. MARRON,**
RONALD A. MARRON
SKYE RESENDES
ALEXIS M. WOOD
KAS L. GALLUCCI
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION
*doug@djcampion.com*
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-003

Keith J. Keogh (Admitted *pro hac vice*)
keith@keoghlaw.com
**KEOGH LAW, LTD.**
55 W. Monroe Street, Ste. 3390
Chicago, Illinois 60603
Tel: 312.726.1092
Fax: 312.726.1093

*Attorneys for Plaintiffs and the Proposed Class*

DATED: September 8, 2015         By: *s/ Michael D. Slodov*
                                  James K. Schultz (*pro hac vice*)
                                  Michael D. Slodov (*pro hac vice*)
                                  **SESSIONS FISHMAN, NATHAN & ISRAEL, L.L.C.**
                                  *Attorney for Defendant*

---

3
*Molnar v. NCO Financial Systems, Inc.*, No. 13-cv-131
SECOND JOINT MOTION TO CONTINUE DEADLINE TO DISMISS OR LIFT STAY

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained its approval for his electronic signature to this document.

DATED:  September 8, 2015            By: *s/ J. Dominick Larry*