Jay Edelson (Admitted *pro hac vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

(additional counsel on signature block)

*Counsel for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MOLNAR, WESLEY THORNTON, AILEEN MARTINEZ, CHIQUITA BELL, TEYIA BOLDEN, and ANTOINETTE STANSBERRY individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation,<br><br>*Defendant*. | Case No. 3:13-cv-00131-BAS-JLB<br><br>**JOINT MOTION REQUESTING A STAY PENDING RESOLUTION OF SETTLEMENT NEGOTIATIONS**<br><br>**Judge:** Hon. Cynthia A. Bashant<br>**Magistrate:** Hon. Jill L. Burkhardt<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

Plaintiffs Wesley Thornton, Aileen Martinez, Chiquita Bell, Teyia Bolden, and Antoinette Stansberry (collectively "Plaintiffs"), jointly with Defendant NCO Financial Systems, Inc., (collectively "the Parties") by and through their undersigned counsel, respectfully request that the Court enter an order staying this matter pending completion

1

*Molnar, et al. v. NCO Financial Systems, Inc.*, No. 13-cv-131
JOINT MOTION REQUESTING A STAY PENDING
RESOLUTION OF SETTLEMENT NEGOTIATIONS

of the Parties' settlement efforts. In support of the instant motion, the Parties state as follows:

1. On June 17, 2015, the Parties participated in a mandatory settlement conference before Magistrate Judge Burkhardt in an effort to discuss their respective views of the potential resolution of this action.

2. During the mandatory settlement conference, and with the assistance of Magistrate Judge Burkhardt, the Parties were able to make progress in their discussions regarding the structure and nature of a potential settlement.

3. Following the settlement, the Parties agreed to and held a full-day, private mediation before the Hon. Morton Denlow (ret.) at JAMS's Chicago, Illinois office on August 24, 2015.

4. During that mediation, the Parties made substantial progress in negotiating a settlement. While the Parties were unable to reach an agreement regarding the material terms of an agreement, they have continued to build upon the progress made in the mediation through subsequent negotiations.

5. At this time, the Parties are engaged in ongoing settlement discussions. The Parties state that they will know one way or the other whether they will be able to reach a settlement of this matter within the two (2) weeks.

6. In light of the foregoing, the Parties have conferred and agreed that they would benefit from being able to focus their time and attention on attempting to resolve this action, while maintaining the *status quo* regarding the pending class certification and summary judgment motions. (*See* ECF Nos. 133, 134, 152.)

7. In light of the foregoing, the Parties have agreed to request a final two (2) week stay of the case until completion of their settlement efforts (either in the form of a settlement in principle, or a cessation of settlement discussions).

8. The Parties further propose that at the end of the proposed stay (i.e., October 30, 2015), they submit a joint report to the Court on the status of their settlement discussions.

2

*Molnar, et al. v. NCO Financial Systems, Inc.*, No. 13-cv-131
JOINT MOTION REQUESTING A STAY PENDING
RESOLUTION OF SETTLEMENT NEGOTIATIONS

9. This stay is not sought for purposes of undue delay, and the Parties will not seek any further extensions or stays of the currently scheduled pre-trial deadlines, unless a settlement is reached. Accordingly, and given the brevity of the proposed stay, the Parties do not request an extension of the currently scheduled pre-trial deadlines.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel, that Plaintiffs, jointly with Defendant NCO Financial Systems, Inc., respectfully request that the Court enter an Order (i) staying this case for two (2) weeks pending completion of the Parties' ongoing settlement efforts, and (ii) requiring that they file a report on the status of their settlement discussions no later than October 30, 2015.

Respectfully Submitted,

**WESLEY THORNTON, AILEEN MARTINEZ, CHIQUITA BELL, TEYIA BOLDEN,** and **ANTOINETTE STANSBERRY**,

Dated: October 16, 2015

By: s/ J. Dominick Larry
 *Counsel for Plaintiffs*

Jay Edelson (Admitted *pro hac vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *pro hac vice*)
cdore@edelson.com
J. Dominick Larry (Admitted *pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

3

*Molnar, et al. v. NCO Financial Systems, Inc.*, No. 13-cv-131
JOINT MOTION REQUESTING A STAY PENDING
RESOLUTION OF SETTLEMENT NEGOTIATIONS

Ronald A. Marron
ron@consumersadvocates.com
Alexis M. Wood
alexis@consumersadvocates.com
Kas Gallucci
kas@consumersadvocates.com
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Tel: 619.696.9006
Fax: 619.564.6665

Douglas J. Campion
doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Tel: 619.299.2091
Fax: 619.858.0034

Keith J. Keogh (Admitted *pro hac vice*)
keith@keoghlaw.com
KEOGH LAW, LTD
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
Tel: 312.726.1092
Fax: 312.726.1093

Dated: October 16, 2015              By: s/ James K. Schultz
                                     James K. Schultz (*pro hac vice*)
                                     **SESSIONS FISHMAN, NATHAN & ISRAEL, L.L.C.**
                                     *Attorney for Defendant*

4

*Molnar, et al. v. NCO Financial Systems, Inc.*, No. 13-cv-131
JOINT MOTION REQUESTING A STAY PENDING
RESOLUTION OF SETTLEMENT NEGOTIATIONS

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to James Schultz, counsel for Defendant, and that I have obtained his approval for his electronic signature to this document.

Dated: October 16, 2015          By: s/ J. Dominick Larry

5

*Molnar, et al. v. NCO Financial Systems, Inc.*, No. 13-cv-131
JOINT MOTION REQUESTING A STAY PENDING
RESOLUTION OF SETTLEMENT NEGOTIATIONS