Douglas J. Campion (SBN 75381)
doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Tel: 619.299.2091
Fax: 619.858.0034

Jay Edelson (Admitted *pro hac vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

[Additional Counsel on Signature Block]

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESLEY THORNTON, AILEEN MARTINEZ, CHIQUITA BELL, TEYIA BOLDEN, and ANTOINETTE STANSBERRY, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation,<br><br>    *Defendant*. | Case No. 3:13-cv-00131-BAS-JLB<br><br>**STATUS REPORT REGARDING DECEMBER 7, 2015 MEDIATOIN**<br><br>Judge: Hon. Cynthia A. Bashant<br><br>Magistrate: Hon. Jill L. Burkhardt<br><br>Courtroom: 4B |

Plaintiffs Wesley Thornton, Aileen Martinez, Chiquita Bell, Teyia Bolden, and Antoinette Stansberry (collectively "Plaintiffs"), jointly with Defendant NCO Financial Systems, Inc., (collectively "the Parties") by and through their undersigned counsel, respectfully provide the Court with the following status report regarding their December 7, 2015 mediation and their ongoing settlement efforts, pursuant to this Court's order dated November 17, 2015 (ECF No. 211).

As scheduled, on December 7, 2015, the Parties participated in a private mediation before the Honorable Morton Denlow (ret.) of JAMS (Chicago). After a full day of negotiations and with Judge Denlow's assistance, the Parties made significant progress toward reaching a class-wide resolution of this action. The Parties are now working to confirm the final terms of an agreement in principle that would resolve this matter in its entirety and expect that they will be able to do so within twenty-one (21) days. The Parties are confident that they will have finalized the terms of an agreement in principle before that time, but seek to continue the stay for twenty-one (21) days (rather than a shorter period) out of an abundance of caution and given the upcoming holidays.

Accordingly, the Parties respectfully request that the Court continue the stay of this matter for an additional twenty-one (21) days, at which point they will submit a further status report informing the Court whether they have finalized their agreement in principle (if they have not done so earlier).

Respectfully Submitted,

**WESLEY THORNTON, AILEEN MARTINEZ, CHIQUITA BELL, TEYIA BOLDEN, and ANTOINETTE STANSBERRY,** individually and on behalf of all others similarly situated,

DATED: December 11, 2015    By: *s/ J. Dominick Larry*

**EDELSON PC**
Jay Edelson (Admitted *pro hac vice*)

jedelson@edelson.com
Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *pro hac vice*)
cdore@edelson.com
J. Dominick Larry (Admitted *pro hac vice*)
nlarry@edelson.com
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**LAW OFFICES OF RONALD A. MARRON,**
RONALD A. MARRON
SKYE RESENDES
ALEXIS M. WOOD
KAS L. GALLUCCI
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION
*doug@djcampion.com*
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-003

Keith J. Keogh (Admitted *pro hac vice*)
keith@keoghlaw.com
**KEOGH LAW, LTD.**
55 W. Monroe Street, Ste. 3390
Chicago, Illinois 60603
Tel: 312.726.1092
Fax: 312.726.1093

*Attorneys for Plaintiffs and the Proposed Class*

DATED:  December 11, 2015        By: s/ *James K. Schultz*
                                                   James K. Schultz (*pro hac vice*)
                                                   Michael D. Slodov (*pro hac vice*)
                                                   **SESSIONS FISHMAN, NATHAN & ISRAEL, L.L.C.**
                                                   *Attorneys for Defendant*

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained its approval for his electronic signature to this document.

DATED: December 11, 2015        By: _s/ J. Dominick Larry_