Ronald A. Marron (SBN 175650)
ron@consumeradvocates.com
Kas L. Gallucci (SBN 288709)
kas@consumeradvocates.com
Alexis M. Wood (SBN 270200)
alexis@consumeradvocates.com
LAW OFFICES OF RONALD A. MARRON, APC
651 Arroyo Drive
San Diego, California 92103
Telephone: 619.696.9006
Facsimile: 619.564.6665

[Additional counsel on signature block]

*Counsel for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY THORNTON, AILEEN MARTINEZ, CHIQUITA BELL, TEYIA BOLDEN, and ANTOINETTE STANSBERRY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation,<br><br>*Defendant*. | Case No. 3:13-cv-00131-BAS-JLB<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Cynthia A. Bashant<br>Magistrate: Hon. Jill L. Burkhardt |

1  I am employed in Cook County, State of Illinois. I am over the age of eighteen
2 years and not a party to the within action. My business address is 350 North LaSalle
3 Street, Suite 1300, Chicago, Illinois 60654. On December 11, 2015, I served the
4 following document(s):

- **JOINT STATUS REPORT REGARDING DECEMBER 7, 2015 MEDIATION**

on the following interested parties in this action:

| | |
|---|---|
| DAMIAN P. RICHARD<br>*drichard@sessions-law.biz*<br>DEBBIE P. KIRKPATRICK<br>*dpk@sessions-law.biz*<br>**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP**<br>1545 Hotel Circle South, Suite 150<br>San Diego, California 92108<br>Telephone: (619) 758-1891<br>Facsimile: (619) 296-2013 | Counsel for Defendant |
| MICHAEL D. SLODOV<br>*mslodov@sessions-law.biz*<br>**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC**<br>15 East Summit Street<br>Chagrin Falls, Ohio 44022<br>Telephone: (440) 318-1073 | Counsel for Defendant<br>(*Pro Hac Vice*) |
| JAMES K. SCHULTZ<br>*jschultz@sessions-law.biz*<br>**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC**<br>55 West Monroe Street, Suite 1120<br>Chicago, Illinois 60603<br>Telephone: (312) 579-0990 | Counsel for Defendant<br>(*Pro Hac Vice*) |
| BRYAN C. SHARTLE<br>*bshartle@sessions-law.biz*<br>**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC**<br>3850 North Causeway Boulevard, Suite 200<br>Metairie, Louisiana 70002 | Counsel for Defendant<br>(*Pro Hac Vice*) |

| | |
|---|---|
| Telephone: (504) 828-3700<br>Facsimile: (504) 582-1523 | |
| RONALD A. MARRON<br> *ron@consumersadvocates.com*<br> SKYE RESENDES<br> *skye@consumersadvocates.com*<br>ALEXIS M. WOOD<br>*alexis@consumersadvocates.com*<br>KAS L. GALLUCCI<br>*kas@consumersadvocates.com*<br>**LAW OFFICES OF RONALD A. MARRON**<br>651 Arroyo Drive<br>San Diego, California 92103<br>Telephone: (619) 696-9006<br>Facsimile: (619) 564-6665 | Co-Counsel for Plaintiffs |
| DOUGLAS J. CAMPION<br>*doug@djcampion.com*<br>**LAW OFFICES OF DOUGLAS J. CAMPION, APC**<br>409 Camino Del Rio South, Suite 303<br>San Diego, California 92108<br>Telephone: (619) 229-2091<br>Facsimile: (619)858-0034 | Co-Counsel for Plaintiffs |
| KEITH JAMES KEOGH<br>*keith@keoghlaw.com*<br>**KEOGH LAW, LTD**<br>55 West Monroe Street, Suite 3390<br>Chicago, Illinois 60603<br>Telephone: (312) 726-1092<br>Facsimile: (312) 726-1093 | Co-Counsel for Plaintiffs<br>(*Pro Hac Vice*) |
| PATRIC ALEXANDER LESTER<br>*pl@lesterlaw.com*<br>**PATRIC LESTER & ASSOCIATES**<br>5694 Mission Center Road #358<br>San Diego, California 92108<br>Telephone: (619) 283-6078<br>Facsimile: (314) 241-5777 | Co-Counsel for Plaintiffs |

| | |
|---|---|
| JAY EDELSON<br>*jedelson@edelson.com*<br>RAFEY S. BALABANIAN<br>*rbalabanian@edelson.com*<br>BENJAMIN H. RICHMAN<br>*brichman@edelson.com*<br>CHRISTOPHER L. DORE<br>*cdore@edelson.com*<br>**EDELSON PC**<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Telephone: (312) 589-6370<br>Facsimile: (312) 589-6378 | Co-Counsel for Plaintiffs<br>(*Pro Hac Vice*) |

by placing true copies as follows:

[X] **As Indicated on Service List, by Electronic Filing and Service Pursuant to General Order 550:** I caused the document(s) listed above via the Court's Electronic Filing System which constitutes service, pursuant to General Order 550 of the above-titled Court, upon the counsel on service list.

[ ] **By E-service:** I served the above-entitled document(s) by e-mail as a .pdf attachment.

[ ] **By Facsimile:** I served said document(s) to be transmitted via facsimile. The telephone number of the sending facsimile machine was (619) 564-6665. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

[ ] **By Mail:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage

| | |
|---|---|
| 1 | cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |

[ ]  **By Personal Delivery:**  I caused such envelope to be delivered by hand to the office of addressee.

[ ]  **By Overnight Delivery:**  I caused such envelope to be delivered by California Overnight courier service and/or Federal Express for next business day delivery.

[**X**]  I declare under penalty of perjury under the laws of the United States of America that I am a member of the Illinois State Bar and am admitted to this Court *pro hac vice* in the instant action and that the foregoing is true and correct.

Respectfully Submitted,

**WESLEY THORNTON, AILEEN MARTINEZ, CHIQUITA BELL, TEYIA BOLDEN,** and **ANTOINETTE STANSBERRY**,

DATED: December 11, 2015      By: s/ J. Dominick Larry
                                                                   One of Plaintiffs' Attorneys

Jay Edelson (Admitted *pro hac vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
J. Dominick Larry (Admitted *pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Ronald A. Marron (SBN 175650)
ron@consumeradvocates.com

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Kas L. Gallucci (SBN 288709)
kas@consumeradvocates.com
Alexis M. Wood (SBN 270200)
alexis@consumeradvocates.com
LAW OFFICES OF RONALD A. MARRON, APC
651 Arroyo Drive
San Diego, California 92103
Telephone: 619.696.9006
Facsimile: 619.564.6665

Douglas J. Campion (SBN 75381)
doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Tel: 619.299.2091
Fax: 619.858.0034

Keith J. Keogh (Admitted *pro hac vice*)
keith@keoghlaw.com
KEOGH LAW, LTD.
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
Tel: 312.726.1092
Fax: 312.726.1093

Ronald A. Marron (SBN 175650)
ron@consumeradvocates.com
Kas L. Gallucci (SBN 288709)
kas@consumeradvocates.com
Alexis M. Wood (SBN 270200)
alexis@consumeradvocates.com
LAW OFFICES OF RONALD A. MARRON, APC
651 Arroyo Drive
San Diego, California 92103
Telephone: 619.696.9006
Facsimile: 619.564.6665