Douglas J. Campion (SBN 75381)
doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
17150 Via Del Campo, Suite 100
San Diego, California 9212708
Tel: 619.299.2091

Jay Edelson (Admitted *pro hac vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

[Additional Counsel on Signature Block]

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY THORNTON, AILEEN MARTINEZ, CHIQUITA BELL, TEYIA BOLDEN, and ANTOINETTE STANSBERRY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation,<br><br>*Defendant*. | Case No. 3:13-cv-00131-BAS-JLB<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Judge: Hon. Cynthia A. Bashant<br>Magistrate: Hon. Jill L. Burkhardt<br><br>Courtroom:     4B |

Plaintiffs Wesley Thornton, Aileen Martinez, Chiquita Bell, Teyia Bolden, and Antoinette Stansberry (collectively "Plaintiffs"), jointly with Defendant NCO Financial Systems, Inc., (collectively "the Parties") by and through their undersigned counsel, respectfully provide the instant report regarding the status of their ongoing settlement efforts.

On February 2, 2016, the Parties filed a Joint Status Report informing the Court that although they had not yet finalized their anticipated term sheet regarding a proposed class-wide settlement of this matter, they anticipated they would be in a position to do so no later than today, February 9th. Since that time, the Parties have continued to work diligently and indeed, have circulated the proposed term sheet for final sign-off from both sides. As a result, the Parties expect to have signatures on the term sheet and to be in a position to proceed with preparing a formal written settlement agreement and related documents within a matter of days.

Accordingly, the Parties respectfully request a final one (1) week extension of the current stay of this matter so that they can gather the necessary signatures on the term sheet.

Respectfully Submitted,

**WESLEY THORNTON, AILEEN MARTINEZ, CHIQUITA BELL, TEYIA BOLDEN, and ANTOINETTE STANSBERRY,** individually and on behalf of all others similarly situated,

DATED:  February 9, 2016         By: *s/ J. Dominick Larry*
                                             One of Plaintiffs' Attorneys

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EDELSON PC**
Jay Edelson (Admitted *pro hac vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
J. Dominick Larry (Admitted *pro hac vice*)
nlarry@edelson.com
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**LAW OFFICES OF RONALD A. MARRON,**
RONALD A. MARRON
SKYE RESENDES
ALEXIS M. WOOD
KAS L. GALLUCCI
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION
*doug@djcampion.com*
17150 Via Del Campo, Suite 100
San Diego, California 92127
Tel: 619.299.2091

**KEOGH LAW, LTD.**
Keith J. Keogh (Admitted *pro hac vice*)
keith@keoghlaw.com
55 W. Monroe Street, Ste. 3390
Chicago, Illinois 60603
Tel: 312.726.1092
Fax: 312.726.1093

|     |     |     |
| --- | --- | --- |
|   | | **NCO FINANCIAL SYSTEMS, INC.** |
|   | DATED:  February 9, 2016 | By: *s/ James K. Schultz*<br>     One of Defendant's Attorneys |
|   | | James K. Schultz (*pro hac vice*)<br>jschultz@sessions.legal<br>SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.<br>55 W. Monroe St., Suite 1120<br>Chicago, Illinois 60603<br>Tel: 312.578.0990 |
|   | | Michael D. Slodov (*pro hac vice*)<br>mslodov@sessions.legal<br>SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.<br>15 E. Summit St.<br>Chagrin Falls, Ohio 44022<br>Tel: 440.318.1073 |

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained its approval for his electronic signature to this document.

DATED:  February 9, 2016           By: *s/ J. Dominick Larry*