Ronald A. Marron (SBN 175650)
ron@consumersadvocates.com
Alexis M. Wood (SBN 270200)
alexis@consumersadvocates.com
Kas Gallucci (SBN 288709)
kas@consumersadvocates.com
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Tel: 619.696.9006
Fax: 619.564.6665

Jay Edelson (Admitted *pro hac vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
J. Dominick Larry (Admitted *pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MOLNAR, WESLEY THORNTON, AILEEN MARTINEZ, CHIQUITA BELL, TEYIA BOLDEN, and ANTOINETTE STANSBERRY individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br>*v.*<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation,<br><br>*Defendant*. | Case No. 3:13-cv-00131-BAS-JLB<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**Judge:** Hon. Cynthia A. Bashant<br>**Magistrate:** Hon. Jill L. Burkhardt |

Plaintiffs Wesley Thornton, Aileen Martinez, Chiquita Bell, Teyia Bolden, and Antoinette Stansberry (collectively "Plaintiffs"), jointly with Defendant NCO Financial Systems, Inc. ("Defendant") (collectively "the Parties"), by and through their undersigned counsel, hereby stipulate and agree that Plaintiffs' claims and those of the putative classes they seek to represent shall be dismissed *without prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

While the Parties have now executed a binding Term Sheet regarding the class-wide resolution of the claims in this matter, Defendant is concerned that the decision of the United States Supreme Court in *Spokeo, Inc. v. Thomas Robins*, No. 13-1339, may divest this Court of subject matter jurisdiction over the instant action before the pending settlement is effectuated. Should that occur, to effectuate their settlement the Parties would be required to start the approval process anew in state court after significant notice, administration, and other costs and expenses have already been incurred. Accordingly and to avoid such a result, by its terms, the settlement will be effectuated through the Circuit Court of Cook County, Illinois.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' claims and those of the putative classes shall be dismissed *without prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

**JEFFREY MOLNAR, WESLEY THORNTON, AILEEN MARTINEZ, CHIQUITA BELL, TEYIA BOLDEN,** and **ANTOINETTE STANSBERRY**,

Dated: February 26, 2016         By: s/ Benjamin H. Richman
                                     One of Plaintiffs' Attorneys

Jay Edelson (Admitted *pro hac vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
J. Dominick Larry (Admitted *pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Ronald A. Marron (SBN 175650)
ron@consumersadvocates.com
Alexis M. Wood (SBN 270200)
alexis@consumersadvocates.com
Kas Gallucci (SBN 288709)
kas@consumersadvocates.com
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Tel: 619.696.9006
Fax: 619.564.6665

Douglas J. Campion (SBN 75381)
doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
17150 Via Del Campo Ste. 100
San Diego, California 92127
Tel: 619.299.2091
Fax: 619.858.0034

Keith J. Keogh (Admitted *pro hac vice*)
keith@keoghlaw.com
KEOGH LAW, LTD
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
Tel: 312.726.1092
Fax: 312.726.1093

|  |  |
|---|---|
|  | **NCO FINANCIAL SYSTEMS, INC.**, |
| Dated: February 26, 2016 | By: s/ James K. Schultz |
|  | One of Defendant's Attorneys |
|  | James K. Schultz (Admitted *pro hac vice*) |
|  | **SESSIONS FISHMAN, NATHAN & ISRAEL, L.L.C.** |

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to James Schultz, counsel for Defendant, and that I have obtained his approval for his electronic signature to this document.

Dated: February 26, 2016            By: s/ Benjamin H. Richman